AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:10-MJ-0057-VPC |
| | ) | |
| LUIS EDUARDO GONZALEZ-LUPERCIO | ) | |
| *Defendant* | ) | |

**FILED** / **RECEIVED**
**ENTERED** / **SERVED ON**
COUNSEL/PARTIES OF RECORD

JUL 1 2 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Bldg.<br>400 S. Virginia St.<br>Reno, Nevada 89501<br>Before: Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | **July 15, 2010** at **3:00 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jul 12, 2010

*/s/ Valerie P. Cooke*
*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
*Printed name and title*